### 2154.  SOUTHERN RAILWAY COMPANY *v.* REINS.

POWELL, J. No reversible error of law appears, and the evidence fully sustains the verdict rendered.       *Judgment affirmed.*

Action for damages; from city court of Baxley—Judge Parker. September 11, 1909.

Submitted December 7, 1909.—Decided January 21, 1910.

*J. F. DeLacy, J. B. Moore,* for plaintiff in error. .

*W. H. Watson, V. E. Padgett,* contra.